NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTWAN POPE, )
)
      Appellant, )
)
v. ) Case No. 2D18-1466
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

Antwan Pope, pro se.

PER CURIAM.

      Affirmed.  See State v. Woodley, 695 So. 2d 297 (Fla. 1997); Walker v.

State, 715 So. 2d 1065 (Fla. 2d DCA 1998).

SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.